UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LARNETTE WESTBROOK,  :
       Petitioner,  :  Civil No. 12-3111 (RMB)
v.  :
UNITED STATES OF AMERICA,  :  **ORDER**
et al.,  :
Respondents.  :

    For the reasons set forth in the accompanying Opinion filed on this date,

    IT IS on this 27th day of September 2012, hereby:

    ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED for lack of jurisdiction; and it is further

    ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, including to Petitioner at his F.C.I. Fairton address and Washington D.C. address; and it is further

    ORDERED that the Clerk of the Court shall close the file.

                                    s/Renée Marie Bumb
                                    RENEE MARIE BUMB
                                    United States District Judge